UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JANINE L. GARCIA, : CASE NO. 5:18-bk-02232
aka JANINE GARCIA,
aka JANINE LOUISE GARCIA, : CHAPTER 13
fka JANINE ATAIDE,
:
Debtor

CERTIFICATE OF MAILING

I hereby certify that on July 18, 2018, I caused to be served by certified mail, return receipt requested, a true and correct copy of Chapter 13 Plan and Comparable Market Analysis in the above case on the following:

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222-4704

Attn: Officer, Managing or General Agent, or Agent
Authorized to Receive Service of Process

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI**

**By:** **/s/ Vincent Rubino**
**Vincent Rubino, Esq.**
**Attorney I.D. No. PA 49628**
**Attorney for Debtor**
**712 Monroe Street, P.O. Box 511**
**Stroudsburg, PA 18360-0511**