```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-02232-RNO
Janine L. Garcia                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRatchfor             Page 1 of 2          Date Rcvd: Oct 17, 2018
                             Form ID: ordsmiss           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Janine L. Garcia,    124 Berwick Heights Road,    East Stroudsburg, PA 18301-1802
5066383      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: DITECH FINANCIAL LLC,    332 MINNESOTA ST, STE 610,
                 SAINT PAUL, MN 55101)
5070385       +DITECH FINANCIAL LLC,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
5066384        EAST STROUDSBURG BOROUGH,    24 ANALOMINK STREET,    EAST STROUDSBURG, PA 18301-2801
5066385       +ESTATE OF CANDIDO ATAIDE,    HIGGINS & WALTERS, LLC,    26 NORTH SIXTH STREET,
                 STROUDSBURG, PA 18360-2152
5066386       +KML LAW GROUP PC,    MATTHEW K. FISSEL, ESQUIRE,    701 MARKET STREET, SUITE 5000,
                 PHILADELPHIA, PA 19106-1541
5066390       +PNC BANK,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
5066389       +PNC BANK,    PO BOX 5570,    CLEVELAND, OH 44101-0570
5066391       +PNC BANK,    PO BOX 747006,    PITTSBURGH, PA 15274-7006
5108649       +PNC BANK, N.A.,   P.O. Box 94982,    Cleveland, OH 44101-4982
5066392        PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5066380        EDI: BANKAMER.COM Oct 17 2018 23:19:00     BANK OF AMERICA,   PO BOX 31785,
                 TAMPA, FL 33631-3785
5066381       +EDI: TSYS2.COM Oct 17 2018 23:18:00     BARCLAYS BANK,   PO BOX 8803,
                 WILMINGTON, DE 19899-8803
5086023        EDI: BANKAMER.COM Oct 17 2018 23:19:00     Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
5066382       +EDI: CITICORP.COM Oct 17 2018 23:19:00     CBNA/HOME DEPOT,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
5092302        E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 19:28:36     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
5066387       +E-mail/Text: MKnitter@monroecountypa.gov Oct 17 2018 19:28:55
                 MONROE COUNTY TAX CLAIM BUREAU,    1 QUAKER PLAZA, ROOM 104,   STROUDSBURG, PA 18360-2141
5066388        EDI: NAVIENTFKASMSERV.COM Oct 17 2018 23:18:00     NAVIENT,   DEPT OF ED LOAN SERVICING,
                 PO BOX 9635,   WILKES BARRE, PA 18773-9635
5093670        EDI: NAVIENTFKASMSERV.COM Oct 17 2018 23:18:00     Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
5091433        EDI: PRA.COM Oct 17 2018 23:18:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
5067707       +EDI: PRA.COM Oct 17 2018 23:18:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5066393       +EDI: RMSC.COM Oct 17 2018 23:19:00     SYNCB/PAYPAL SMART CON,   PO BOX 9650005,
                 ORLANDO, FL 32896-0001
5066394        E-mail/Text: bkrcy@ugi.com Oct 17 2018 19:29:10     UGI UTILITIES INC,   PO BOX 13009,
                 READING, PA 19612-3009
5088885        EDI: AIS.COM Oct 17 2018 23:18:00     Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +DITECH FINANCIAL LLC,    RAS CITRON, LLC,   130 CLINTON ROAD, SUITE 202,
                Fairfield, NJ 07004-2927
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                       Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
J. Zac Christman    on behalf of Debtor 1 Janine L. Garcia jchristman@newmanwilliams.com,
 mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
Kevin   Buttery    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
Vincent   Rubino    on behalf of Debtor 1 Janine L. Garcia
 lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
 williams.com
                                                                            TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Janine L. Garcia,<br>aka Janine Garcia, aka Janine Louise Garcia, fka Janine Ataide, | Chapter 13 |
| | Case No. 5:18–bk–02232–RNO |
| **Debtor 1** | |

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: October 17, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

ordsmiss (05/18)